UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CONNIE HARPER                                                                                       Plaintiff

v.                                                                            Civil Action No. 3:19CV-925-RGJ

BAKER, BLOOMBERG & ASSOCIATES,                                               Defendants
ET AL.

\* \* \* \* \*

# ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 7], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:  Counsel of Record